UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN HENRY FOLEY,<br>on behalf of himself and all others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　*Defendant*. | Case No.: 0:17-cv-04320-JNE-ECW<br><br>ORDER |

On March 13, 2020, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 61]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

　　IT IS SO ORDERED.

Dated:  March 17, 2020

　　　　　　　　　　　　　　　　　　　　s/ Joan N. Ericksen
　　　　　　　　　　　　　　　　　　　　JOAN N. ERICKSEN
　　　　　　　　　　　　　　　　　　　　United States District Judge